DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KUSHAIAH WAYNE HALL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-1312

[November 14, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Laura Johnson, Judge; L.T. Case No. 502010CF005165AMB.

Kushaiah Wayne Hall, Pahokee, pro se.

Ashley Moody, Attorney General, Tallahassee, and Mitchell A. Egber, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, KLINGENSMITH and KUNTZ, JJ., concur.

*             *             *

***Not final until disposition of timely filed motion for rehearing.***